**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
Kyle.herda@usdoj.gov

main: (973) 297-2024
direct: (973) 297-2053

*Kyle Herda*
*Assistant United States Attorney*

November 13, 2026

**BY ECF**
Honorable Edward S. Kiel, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

# ORDER

**Re: *Alonso Castaneda v. Blanche, et al.* No. 26-14466 (ESK)**
**Petitioner's Bond Hearing**

Dear Judge Kiel:

This Office represents Respondents in this habeas matter brought by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE"). We respectfully write pursuant to the Court's November 7, 2026, Order, ECF No. 2, to confirm that ICE has advised this Office that Petitioner was originally granted $7,500 bond and subsequently scheduled for a bond re-determination hearing on November 12, 2026. Prior to that hearing, on November 10, 2026, Petitioner posted bond in the amount of $7,500 and was released. *See* Ex. A (I-830). We therefore respectfully request that Your Honor lift all temporary restrictions and close this case.

We thank the Court for its attention to this matter.

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: November 16, 2026**

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Kyle Herda*
Kyle Herda
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)